# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY DUGAN; DAVID CRAFT<br><br>                                Plaintiffs,<br>   vs.<br><br>UNITED STATES OF AMERICA;<br>REGENTS OF THE UNIVERSITY OF<br>CALIFORNIA<br><br>                                Defendants. | CASE NO. 10cv0042 JM(WMc)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

On January 6, 2010 Plaintiffs commenced this medical malpractice action. Accompanying the complaint, Plaintiffs also filed a motion to prosecute the action without the prepayment of fees. Both Plaintiffs declare that they are unemployed and possess no significant asset. Consequently, the court grants the motion to proceed in forma pauperis.

**IT IS SO ORDERED.**

DATED: January 21, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties