1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY DUGAN, DAVID CRAFT, | Civil No. 10 CV 0042 JM (WMC) |
| Plaintiffs, | |
| v. | |
| | ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, and REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendants. | |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1. The above-captioned action, as it relates to Defendant United States, is dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure;

2. This dismissal is made pursuant to a separate Agreement for Compromise Settlement and Release (the "Settlement Agreement") between the Plaintiffs and the United States and their respective attorneys;

3. This dismissal with prejudice results from a compromise settlement of a disputed claim and does not constitute any admission of liability or fault on the part of the Defendant United States and its agencies, facilities, agents or employees, in reference to the events alleged in the Complaint or otherwise; and

4. Notwithstanding the entry of a dismissal herein, the Plaintiffs and the United States hereby agree that, pursuant to 28 U.S.C. § 636, United States Magistrate Judge William McCurine, Jr.,

shall retain jurisdiction over all disputes between and/or among the Plaintiffs and the United States arising out of the settlement agreement, including but not limited to interpretation and enforcement of the terms of the settlement agreement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 114 S. Ct. 1673, 1677 (1994).

DATED: March 10, 2011

Hon. Jeffrey T. Miller
United States District Judge